IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR153** |
| **Plaintiff,** | ) ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **DILLARD HILL,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to modify the conditions of his release (Filing No. 131).

IT IS ORDERED that the Defendant's motion to modify the conditions of his release (Filing No. 131) is denied.

DATED this 15th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge