# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DILLARD HILL, ) <br> ) <br> Defendant. ) | CASE NO. 8:06CR153 <br><br><br> ORDER |

This matter is before the Court on the Defendant's motion to surrender immediately (Filing No. 141).

IT IS ORDERED:

1. The Defendant's motion to surrender immediately (Filing No. 141) is granted; and

2. The Defendant shall surrender as soon as practicable to the Office of the United States Marshal, 111 S. 18th Plaza, Suite B06, Omaha, Nebraska, 68102, to begin serving his sentence with the United States Bureau of Prisons; and

3. The Clerk is directed to deliver a certified copy of this Order to the United States Marshal for this district.

DATED this 22nd day of November, 2006.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge